COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-16-00874-CV |
| Style: | Dobie Whiteside and Olita Whiteside v. Paddock Homeowners Association Inc. |
| Date motion filed*: | February 6, 2017 |
| Type of motion: | Agreed Motion for Counsel to Withdraw as Attorney of Record, with Confirmation Letter by Appellants, and Exhibit of Declaration of Inability to Pay |
| Party filing motion: | Appellants' Counsel, Sharon Hemphill |
| Document to be filed: | N/A |

Is appeal accelerated?        No.

Ordered that motion is:
- ☑ Granted
       If document is to be filed, document due:  N/A
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

On January 24, 2017, this Court's Order dismissed as moot the appellants' pro se motion to remove their attorney because it was not filed by their counsel.  Thus, appellants' agreed motion for counsel to withdraw as attorney of record is **granted** because it complies with Rule 6.5.  *See* TEX. R. APP. P. 6.5(a), (b), 10.1(a)(5), 10.3(a). Accordingly, the Clerk of this Court is directed to remove Sharon Hemphill as counsel for appellants.  Ms. Hemphill is ordered to comply with her notification obligations to appellants under Rule 6.5(c) by filing a notice with the Clerk of this Court within ten days of this order.  *See id.* 6.5(c), 34.6(b)(1), 35.3(b)(2)–(3), 38.6(a).  The Clerk of this Court has requested the indigent clerk's record from the district clerk.

Judge's signature: /s/ Evelyn V. Keyes
                        ☑ Acting individually        ☐ Acting for the Court

Date:  February 14, 2017

November 7, 2008 Revision